NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON HEALTH & FITNESS, INC.,**
*Appellant*

**v.**

**JOHNSON HEALTH TECH CO. LTD., JOHNSON HEALTH TECH NORTH AMERICA, INC.,**
*Appellees*

---

2015-2027

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00184.

---

**JUDGMENT**

---

ROBERT PARRISH FREEMAN, JR., Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC, Salt Lake City, UT, argued for appellant. Also represented by LARRY LAYCOCK, MARK W. FORD.

JOHN C. SCHELLER, Michael Best & Friedrich, LLP, Madison, WI, argued for appellees. Also represented by ANDREW DUFRESNE; KEVIN MORAN, Waukesha, WI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 5, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |